**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARK K. LAZERSON,** | Case No.:  4:13-CV-2832 YGR |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| **CAROLYN COLVIN,**<br>**Acting Commissioner of Social Security,** | |
| Defendant. | |

On March 6, 2014, the Court issued an Order granting Defendant's Motion to Dismiss with leave to amend.  (Dkt. No. 17.)  In that Order, Plaintiff was provided leave to file an Amended Complaint until April 7, 2014.  Plaintiff was warned that failure to file an Amended Complaint by that deadline would result in dismissal of this action with prejudice.  (*Id*. at 11.)  As of the date of this Order, Plaintiff has filed no Amended Complaint.

Accordingly, this action is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

**April 16, 2014**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**